■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY ASCENCIO, Appellant. [992 NYS2d 896]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Carroll, J.), imposed October 25, 2012, as amended November 13, 2012, on the ground that the sentence was excessive.

Ordered that the sentence, as amended, is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 257 [2006]; *People v DeSimone*, 80 NY2d 273, 283 [1992]; *People v Jackson*, 114 AD3d 807, 808 [2014]; *People v Foster*, 87 AD3d 299, 303 [2011]), and, thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Austin, Cohen and Barros, JJ., concur.